Receipt 60493

Printed: 01/25/10 05:04 PM  Page: 1

# Claims Distribution Small Checks

### Trustee: JOSIAH L. MASON (550220)

FILED 2010 JAN 27 PM 12:45
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

Case: 04-66761 - RHODES, CLIFFORD RAY

| Account No. | Check No. | Issued Claim No. | Filed | Payee: Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312233614366 | 126 | 01/25/10 17 | 09/12/05 | U.S. Bankruptcy Court 610 | Radiology Associates RBC PO Box 1548 Mansfield, OH 44901 | 27.00 | 27.00 | 4.62 | $4.62 |
| | | | | | Check Amount: | | | | 4.62 |

(*) Denotes objection to Amount Filed