#60515
FILED
2010 FEB 16 PM 1:27
CLERK
NORTHERN DISTRICT OF OHIO
CANTON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

RHODES, CLIFFORD RAY
RHODES, GWENDOLYN RUTH

                Debtors          JUDGE RUSS KENDIG
                                            Chapter 7
                                            Case No.: 04-66761

## TRANSMITTAL OF UNCLAIMED FUNDS

Josiah L. Mason, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| CLAIM NO. | CREDITOR NAME | CREDITOR ADDRESS | AMOUNT |
|---|---|---|---|
| 6 | READY CASH | 2186 W. FIRST ST.<br>Mansfield, Ohio 44906 | $97.88 |

2. Your trustee's check for $97.88 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: February 11, 2010

/s/ Josiah L. Mason
Josiah L. Mason #0003549
Trustee