#60616

FILED
2010 MAY 10 AM 11:55

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

RHODES, CLIFFORD RAY

                Debtors                JUDGE RUSS KENDIG
                                              Chapter 7
                                              Case No.:   04-66761

## TRANSMITTAL OF UNCLAIMED FUNDS

Josiah L. Mason, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| CLAIM NO. | CREDITOR NAME | CREDITOR ADDRESS | AMOUNT |
|---|---|---|---|
| 12 | DICKERSON FOODS, INC. | 1550 Likens Road<br>Marion, OH 43302 | 764.82 |

2. Your trustee's check for $764.82 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: May 6, 2010

                                        /s/ Josiah L. Mason
                                        Josiah L. Mason   #0003549
                                        Trustee